UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| ROBIN G. BANKS, | Civil No. 6:16-CV-02325-MC |
| --- | --- |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

On remand, the Commissioner will:

- Update the record as necessary and hold a de novo hearing;

- Re-evaluate the medical opinions, especially those by Drs. Ward and Alvord, and cite to evidence of record that supports the weight accorded to them;

- Re-evaluate the claimant's subjective complaints of symptoms and limitations;

- Re-consider the statements by the claimant's boyfriend;

- Re-assess the claimant's residual functional capacity and how it affects her ability to sustain competitive work existing in significant numbers in the national economy;

- In so doing, consult with medical and vocational experts, as necessary; and

- Issue a new decision.

The claimant shall be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

The Clerk shall enter judgment, accordingly

IT IS SO ORDERED this ___4___ day of ___Jan___, 2018.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Assistant United States Attorney

s/ Alexis L. Toma
ALEXIS L. TOMA
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2950